# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 1:18-cr-10117-STA**

**CHARIUS ROSS,**

       **Defendant.**

---

## ORDER ON MOTION TO CONTINUE TRIAL DATE AND NOTICE OF SETTING

---

       This matter came to be heard before the Court upon a Motion to Continue Trial Date, and without opposition of the Government, the motion is well taken and is hereby granted.

       IT IS THEREFORE ORDERED, that the trial date in this matter currently scheduled for May 6, 2019, shall be rescheduled and removed from the court's docket. This case will be set for a Status Conference on Monday, May 6th at 9:30 A.M.

       Entered this 1st day of May, 2019.

       s/S. Thomas Anderson

       CHIEF U.S. DISTRICT JUDGE